U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Laura N. Olle, et al.

vs.

5401 Western Avenue Residential, LLC, et al.

No. 1:07-CV-02056 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

    That my date of birth / age is 12-18-1965.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:25 am on November 27, 2007, I served 5401 Western Avenue Residential, LLC c/o Lamont Hoffman, Registered Agent at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016 by serving Lamont Hoffman, Managing Member, authorized to accept.  Described herein:

    SEX-     MALE
    AGE-     52
  HEIGHT-  5'11"
    HAIR-    GRAY
  WEIGHT-  170
    RACE-    WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 11-28-07
            Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197697

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Laura N. Olle, et al.

vs.

5401 Western Avenue Residential, LLC, et al.

No. 1:07-CV-02056 RMU

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:25 am on November 27, 2007, I served Lamont Hoffman at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016 by serving Lamont Hoffman, personally. Described herein:

```
    SEX-   MALE
    AGE-   52
 HEIGHT-   5'11"
   HAIR-   GRAY
 WEIGHT-   170
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-28-07
              Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197700

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Laura N. Olle, et al.

vs.

5401 Western Avenue Residential, LLC, et al.

No. 1:07-CV-02056 RMU

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:25 am on November 27, 2007, I served 5401 Western PNH, LLC c/o Lamont Hoffman, Managing Member at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016 by serving Lamont Hoffman, Managing Member, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    52
 HEIGHT-    5'11"
   HAIR-    GRAY
 WEIGHT-    170
   RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 11/28/07
            Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197698