IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA N. OLLE <br> PETER J. OLLE, <br><br> Plaintiffs, <br><br> v. <br><br> 5401 WESTERN AVENUE <br> RESIDENTIAL, LLC, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Case No.: 1:07-CV-02056RU <br> * <br> * <br> * <br> * <br> * |

**CONSENT MOTION TO EXTEND TIME**

Defendants, 5401 Western Avenue Residential, LLC, 5401 Western PNH, LLC, PN Hoffman Realty, LLC and Lamont Hoffman, intend to file a Motion to Dismiss or, in the Alternative, Motion to Stay Litigation Pending Arbitration ("Motion") in response to Plaintiffs' Complaint. Defendants' Motion to Plaintiffs' Complaint is due on Monday, December 17, 2007. The undersigned parties consent to the entry of an order extending time for Defendants to file their Motion to and including Friday, December 21, 2007.

Plaintiffs' counsel has advised that he will be on vacation for the upcoming holiday season through the beginning of the New Year. The undersigned parties consent to the entry of an order extending time for Plaintiffs to file their response to Defendants' Motion to and including Friday, January 18, 2008. This is the first request from both parties for an extension and this extension will not delay these proceedings.

L&B 910931v1/05817.0016

Respectfully submitted,

| | |
|---|---|
| **LINOWES AND BLOCHER LLP** | **Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC** |
| By: /s/ Paul Sweeney<br>　　Paul Sweeney, Esquire<br>　　DC Bar No: 429738 | By: /s/ Robert E. Greenberg<br>　　Robert E. Greenberg, Esquire<br>　　DC Bar No.: 173708<br>　　Thomas F. Murphy, Esquire<br>　　DC Bar No.: 464475 |
| 7200 Wisconsin Avenue, Suite 800<br>Bethesda, Maryland 20814-4842<br>(301) 654-0504 (telephone)<br>(301) 654-2801 (facsimile)<br>rpark@linowes-law.com | 1101 17th Street, NW, Ste 700<br>Washington, D.C. 20036-4704<br>(202) 872-0800 (telephone)<br>(202) 857-8343 (facsimile)<br>rgreenberg@dclawfirm.com<br>tmurphy@dclawfirm.com |
| Attorneys for Defendants,<br>5401 Western Avenue Residential, LLC,<br>5401 Western PNH, LLC, PN Hoffman<br>Realty, LLC and Lamont Hoffman | Attorneys for Plaintiffs,<br>Laura N. Olle and Peter J. Olle |

.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2007, a copy of the foregoing Consent Motion to Extend Time and proposed Order, was sent to Robert E. Greenberg, Esquire and Thomas F. Murphy, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, NW, Suite 700, Washington, DC 20036-4704 via electronic filing.

　　　　　　　　　　　　　　　　By:  /s/ Paul Sweeney
　　　　　　　　　　　　　　　　　　　Paul Sweeney
　　　　　　　　　　　　　　　　　　　DC Bar No.: 429738

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA N. OLLE <br> PETER J. OLLE, <br><br> Plaintiffs, <br><br> v. <br><br> 5401 WESTERN AVENUE <br> RESIDENTIAL, LLC, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Case No.: 1:07-CV-02056 <br> * <br> * <br> * <br> * <br> * |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME**

UPON CONSIDERATION of the Consent Motion to Extend Time, it is hereby

ORDERED, that the Consent Motion to Extend Time is GRANTED; and it is further

ORDERED, that Defendants shall have to and including Friday, December 21, 2007 to file their Motion in response to Plaintiffs' Complaint; and it is further

ORDERED, that Plaintiffs shall have to and including Friday, January 18, 2008 to file their Reply to Defendants' Motion.

_____
Ricardo Urbina, Judge, United States District
Court for the District of Columbia

L&B 910931v1/05817.0016