# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA N. OLLE | * |
| PETER J. OLLE, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Case No.:  1:07-CV-02056 |
| | * |
| 5401 WESTERN AVENUE | * |
| RESIDENTIAL, LLC, et al., | * |
| | * |
| Defendants. | * |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY LITIGATION PENDING ARBITRATION

UPON CONSIDERATION of Defendants' Motion to Dismiss or, in the Alternative, Motion to Stay Litigation Pending Arbitration, any response thereto, and for good cause having been shown, it is this _____ day of _____, 200___, hereby

ORDERED, that Defendants' Motion to Stay Litigation Pending Arbitration, be, and the same is, hereby GRANTED; and it is further

ORDERED, that this case is hereby STAYED until the conclusion of the arbitration proceedings; and it is further

ORDERED, that Plaintiffs are compelled to submit their claims to binding arbitration.

_____
Ricardo  Urbina,  Judge,  United  States
District Court for the District of Columbia

Copies to:

Paul Sweeney, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
psweeney@linowes-law.com

Robert Greenberg, Esquire
Thomas F. Murphy, Esquire
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 17th Street, NW, Suite 700
Washington, DC 20036-4704
pgreenberg@dclawfirm.com
tmurphy@dclawfirm.com

L&B 911725v1/05817.0016