IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA N. OLLE, et ux., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    Case No.: 1:07-CV-02056 |
| | * |
| 5401 WESTERN AVENUE RESIDENTIAL, LLC, et al., | * |
| | * |
| | * |
| Defendants. | * |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Paul Sweeney withdraws his appearance in the above-captioned case and Robert C. Park, Jr. enters his appearance as counsel for Defendants, 5401 Western Avenue Residential, LLC, 5401 Western PNH, LLC, PN Hoffman Realty, LLC and Lamont Hoffman, in the above-captioned proceeding. Counsel requests that all future notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon Mr. Park.

Date:  January 18, 2008

| | |
|---|---|
| */s/ Paul Sweeney* | */s/ Robert C. Park, Jr.* |
| Paul Sweeney | Robert C. Park, Jr. |
| Linowes and Blocher LLP | Linowes and Blocher LLP |
| 7200 Wisconsin Avenue, Suite 800 | 7200 Wisconsin Avenue, Suite 800 |
| Bethesda, Maryland 20814 | Bethesda, Maryland 20814 |
| | Telephone: (301) 961-5175 |
| | Fax: (301) 654-2801 |
| | Email: rpark@linowes-law.com |
| | |
| | Counsel for Defendants, 5401 Western Avenue Residential, LLC, 5401 Western PNH, LLC, PN Hoffman Realty, LLC and Lamont Hoffman |

L&B 928422v1/09000.0002

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2008, a copy of the foregoing Notice of Substitution of Counsel was sent by electronic mail via the electronic filing services to Robert E. Greenberg, Esquire and Thomas F. Murphy, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, NW, Suite 700, Washington, DC 20036-4704.

By: /s/ Robert C. Park, Jr.
Robert C. Park, Jr.