IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA N. OLLE | * | |
| PETER J. OLLE, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 1:07-CV-02056RU |
| | * | |
| 5401 WESTERN AVENUE | * | |
| RESIDENTIAL, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

**CONSENT MOTION TO EXTEND TIME**

Defendants, 5401 Western Avenue Residential, LLC, 5401 Western PNH, LLC, PN Hoffman Realty, LLC and Lamont Hoffman, with the consent of Plaintiffs Laura N. Olle and Peter J. Olle move for an order extending the time for Defendants to file their reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Stay Litigation Pending Arbitration to and including Wednesday, February 6, 2008. Defendants' counsels' office was closed for the Martin Luther King, Jr. holiday and counsel was out of the office due to other case matters. This is the second request from Defendants for an extension of time, however this extension will not further delay these proceedings.

L&B 910931v1/05817.0016

Respectfully submitted,

**LINOWES AND BLOCHER LLP**

By: /s/ Robert C. Park, Jr.
      Robert C. Park, Jr., Esquire
      DC Bar No: 22127

7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814-4842
(301) 654-0504 (telephone)
(301) 654-2801 (facsimile)
rpark@linowes-law.com

Attorneys for Defendants,
5401 Western Avenue Residential, LLC,
5401 Western PNH, LLC, PN Hoffman
Realty, LLC and Lamont Hoffman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2008, a copy of the foregoing Consent Motion to Extend Time and proposed Order, was sent to Robert E. Greenberg, Esquire and Thomas F. Murphy, Esquire, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, 1101 17th Street, NW, Suite 700, Washington, DC 20036-4704 via electronic filing.

By: /s/ Robert C. Park, Jr.
     Robert C. Park, Jr.
     DC Bar No.: 22127

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA N. OLLE <br> PETER J. OLLE, <br><br> Plaintiffs, <br><br> v. <br><br> 5401 WESTERN AVENUE <br> RESIDENTIAL, LLC, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Case No.: 1:07-CV-02056 <br> * <br> * <br> * <br> * <br> * |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME**

UPON CONSIDERATION of the Consent Motion to Extend Time, it is hereby

ORDERED, that the Consent Motion to Extend Time is GRANTED; and it is further

ORDERED, that Defendants shall have to and including Wednesday, February 6, 2008 to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, in the Alternative, to Stay Litigation Pending Arbitration.

_____
Ricardo Urbina, Judge, United States District
Court for the District of Columbia

L&B 910931v1/05817.0016