## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LAURA AND PETER OLLE, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-2056 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 4, 6 |
| | : | | |
| 5401 WESTERN AVENUE RESIDENTIAL, LLC, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANTS' MOTION TO DISMISS; STAYING THE CASE PENDING ARBITRATION

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of August, 2008,

**ORDERED** that the defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that the case is stayed pending arbitration.

**SO ORDERED.**

RICARDO M. URBINA<br>
United States District Judge